**Benjamin Anthony JOYNER, Plaintiff–Appellant,**

**v.**

**Jon OZMINT; Willie L. Eagleton; Annie Sellers; Dennis R. Patterson, Defendants–Appellees.**

**No. 10–7624.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 31, 2011.

Decided: April 28, 2011.

Benjamin Anthony Joyner, Appellant Pro Se. Walker Heinitsh Willcox, Willcox Buyck & Williams, PA, Florence, South Carolina, for Appellees.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin Anthony Joyner appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Joyner v. Ozmint,* No. 3:09–cv–02524–DCN, 2010 WL 3783167 (D.S.C. Sept. 22, 2010); (Sept. 23, 2010; Nov. 3, 2010). We deny Joyner's motions to appoint counsel and for transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*